THE INDIANAPOLIS AND CINCINNATI RAILROAD COMPANY *v.*
MEEK.

THE SAME *v.* BRANDON.

THE SAME *v.* HUGHES.

Wednesday,
June 23.

ON APPEAL from *Decatur* Court of Common Pleas.

*Per Curiam.*—These were suits to recover for stock killed upon a railroad which was not fenced. The defense set up was, that the owner of the stock was not the owner of lands adjacent to the road, &c.

It has been decided in the case of *The Indianapolis and*

*Cincinnati Railroad Company* v. *Townsend,* at the *November* term, 1857 (1), that such a state of facts is not a good defense. See, also, 3 Kernan, 42.

May Term, 1858.

The judgment in each case is affirmed with 5 per cent. damages and costs.

*J. S. Scobey* and *W. Cumback,* for the appellants.

*J. Gavin* and *O. B. Hord,* for the appellees.

